**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:12-cr-13-MOC-4**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | <u>**ORDER**</u> |
| **LEO MCYNTRE, JR.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      **THIS MATTER** is before the Court on defendant's pro se "Motion for Compassionate Release Reduction of Sentence." (Doc. No. 348).

**ORDER**

      **IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: February 22, 2021

Max O. Cogburn Jr.
United States District Judge